UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Service First Logistics, Inc., <br><br>Plaintiff,<br><br>v.<br><br>Aman Truck Lines, LLC dba ATL,<br><br>Defendant. | Case No. 2:17-cv-1252 WBS EFB<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Aman Truck Lines, LLC dba ATL in the amount of $42,554.00 with costs in the amount of $709.44 for a total $43,263.44.

| | |
|---|---|
| September 06, 2017 | MARIANNE MATHERLY, CLERK<br><br>By: /s/ J. Donati, Deputy Clerk |