| | |
|---|---|
| GORDON D. McAULEY (99932)<br>WILLIAMS & GUMBINER LLP<br>100 Drakes Landing Road, Suite 260<br>Greenbrae, CA 94904<br>Tel: 415/755-1880<br>Gmcauley@williamsgumbiner.com<br><br>Attorneys for Defendant<br>AMAN TRUCK LINES, LLC | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SERVICE FIRST LOGISTICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMAN TRUCK LINES, LLC,<br><br>Defendant. | Case No. 2:17-cv-01252-WBS-DB<br><br>**STIPULATION AND REQUEST FOR ORDER SETTING ASIDE DEFAULT JUDGMENT, AND FOR DISMISSAL WITH PREJUDICE FOLLOWING SETTLEMENT; [PROPOSED ORDER] GRANTING STIPULATION TO SET ASIDE DEFAULT JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties have negotiated an amicable compromise resolution of this dispute.

IT IS STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be Dismissed with Prejudice pursuant to FRCP 41(a)(1).

The Parties also request that the Court Order the Clerk of the Court to VACATE Clerk's Entry of Default [Dkt. No. 6] and the Default Judgment [Dkt. No.10].


DATED: April 2, 2018            HOWARD & HOWARD ATTORNEYS PLLC


                                //s// Ryan A. Ellis

                                Ryan A. Ellis
                                Attorneys for Plaintiff
                                Service First Logistics, Inc.

DATED: April 3, 2018                    WILLIAMS & GUMBINER LLP


                                        ____/s/_____

                                        Gordon D. McAuley
                                        Attorneys for Defendant
                                        Aman Truck Lines, LLC

ORDER

The parties having resolved their disputes and stipulating to the above stated conditions for dismissal, IT IS ORDERED:

1. The Clerk of the Court shall VACATE the Clerk's Entry of Default, Docket No. 6, and the Default Judgment, Docket No. 10;

2. Thereafter the Clerk shall enter this Order of Dismissal With Prejudice.

Dated: April 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE